Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 *telephone*
(907) 278-9498 *facsimile*
tlynch@northlaw.com

Attorneys for Marshalltown Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA ANCHORAGE

| | |
|---|---|
| JACK VAN HATTEN III, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARSHALLTOWN COMPANY | ) |
| Defendant. | ) Case No. A06-_____ CIV ( ) |

**NOTICE OF REMOVAL OF ACTION IN ACCORDANCE WITH
28 U.S.C. § 1337(a) and IN THE ALTERNATIVE
28 U.S.C. § 1441 BASED ON DIVERSITY**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Marshalltown Company hereby removes to this court the state court action described in Paragraph 1 below:

1. On or about November 17, 2008, an action was commenced in the Superior Court of the State of Alaska, Third Judicial District at Anchorage entitled *Jack Van Hatten III v. Marshalltown Company*, 3AN-08-11855 CI.

2. Defendant, Marshalltown Company (hereafter Marshalltown) first received a copy of the Complaint when it was served on January 20, 2008.

Notice of Removal of Action
*Jack Van Hatten III v. Marshalltown company*
Page 1 of 4
Case No._____ ( )

Case 3:09-cv-00026-TMB   Document 1   Filed 02/12/09   Page 1 of 4

3. The complaint alleges that Marshalltown designed, manufactured and distributed an aluminum work bench that was defective.

4. The complaint also alleges that the plaintiff was injured as a result of a fall caused by the failure of the workbench referenced above.

5. The complaint seeks compensatory damages in excess of $100,000 plus costs, interest and attorney fees.

6. Marshalltown is informed and believes, based on the allegations in the complaint, that plaintiff was at the time of the filing of this action and still is a citizen of the State of Alaska.

7. Marshalltown is a Subchapter S corporation formed in accordance with the laws of the state of Iowa, having its principal place of business in Marshalltown, IA.

8. This court has original jurisdiction pursuant to 28 U.S.C. §1332.

9. As a result, this action is one which may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a) and (b).

10. Pursuant to 28 U.S.C. §1332, this is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

11. Complete diversity of citizenship exists between defendant and plaintiff.

12. For purposes of removal under 28 U.S.C. §1441, Marshalltown is informed and believes that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs, based on allegations in plaintiff's complaint.

13. Marshalltown attaches copies of all state court pleadings which have been filed in this action as follows:

Notice of Removal of Action
Jack Van Hatten III v. Marshalltown company
Page 2 of 4
Case No. _____ ( )

Case 3:09-cv-00026-TMB   Document 1   Filed 02/12/09   Page 2 of 4

A. Summons and Notice to Both Parties of Judicial Assignment;

B. Judicial Assignment Order;

C. Affidavit of Civil Rule 4 Process;

D. Complaint;

E. Notice to State Court of Removal;

F. Entry of Appearance; and

G. Demand for Jury Trial

14. This notice of removal is timely because it is within thirty (30) days of the service of plaintiff's complaint on Marshalltown.

15. A notice of the filing of this Notice of Removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Anchorage and served upon the plaintiff.

16. Marshalltown is a legal entity incorporated in and having its principal place of business in a state other than the State of Alaska, where this action was filed, and thus removal is proper under 28 U.S.C. §1441(b).

WHEREAS, Marshalltown hereby removes to this court the action filed in the State of Alaska Superior Court for the Third Judicial District at Anchorage entitled *Jack Van Hatten III v. Marshalltown Company*, 3AN-08-11855 CI.

DATED at Anchorage, Alaska this 12th day of February 2009.

LYNCH & ASSOCIATES, P.C.
Attorneys for Marshalltown Company

By: /s/ Timothy M. Lynch

Notice of Removal of Action
Jack Van Hatten III v. Marshalltown company
Page 3 of 4
Case No._____ ( )

Case 3:09-cv-00026-TMB   Document 1   Filed 02/12/09   Page 3 of 4

Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, AK 99501
(907) 276-3222
(907) 278-9498
tlynch@northlaw.com
Alaska Bar No. 7111030

Certificate of Service

I hereby certify that on the 12th day of February 2009, I caused a true and correct copy of the foregoing to be served via U.S. mail upon:

Joseph A. Kalamarides
711 H Street, Suite 450
Anchorage, Alaska 99501

*Sunday Miller*

Notice of Removal of Action
*Jack Van Hatten III v. Marshalltown company*
Page 4 of 4
Case No._____ ( )

Case 3:09-cv-00026-TMB   Document 1   Filed 02/12/09   Page 4 of 4