Joan M. Unger
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 *telephone*
(907) 278-9498 *facsimile*
junger@northlaw.com

Attorneys for Marshalltown Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA ANCHORAGE

| | |
|---|---|
| JACK VAN HATTEN III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARSHALLTOWN COMPANY ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:09- cv- 00026 TMB |

**STIPULATION TO DISMISS WITH PREJUDICE**

COMES NOW Joseph Kalamarides, attorney for the plaintiff Jack Van Hatten III, and Lynch & Associates, attorneys for the Defendant Marshalltown Company, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate and agree that the above entitled action shall be dismissed with prejudice without an award of costs or attorney's fees to any party.

LYNCH & ASSOCIATES, P.C.
Attorneys for Marshalltown Company

DATED: May 13, 2010

By: /s/ Joan M. Unger
Joan M. Unger
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, AK 99501
(907) 276-3222
(907) 278-9498
junger@northlaw.com
Alaska Bar No. 8911085


KALAMARIDES & LAMBERT, INC.
Attorneys for Plaintiff

DATED: May 13, 2010

By: /s/ Joseph A. Kalamarides
Joseph A. Kalamarides
711 H Street, Suite 450
Anchorage, Alaska 99501
(907)276-2135
(907)278-8514
Alaska Bar No. 7605038


## ORDER

IT IS SO ORDERED at Anchorage, Alaska this _____ day of May, 2010.

_____
Honorable Judge Timothy Burgess
Federal District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via electronic mail this the 13th day of May, 2010, on:

Joseph Kalamarides
Kalamarides & Lambert
711 H Street, Suite 450
Anchorage, AK 99501

　/s/ Timothy M. Lynch
Lynch and Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498